IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -3 A 9:52

LARYIE EARL JONES
Full name and prison number
of plaintiff(s)

v.

ANTHONY CLARK

WALT MERRILL

ASHLEY MCKATHAN

CHARLES A. SHORT

TROY KING

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV296-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (X)   NO (  )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (X)   NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) LARYIE EARL JONES

            Defendant(s) ANTHONY CLARK

        2.  Court (if federal court, name the district; if
            state court, name the county) MIDDLE

3. Docket number ~~████~~ 2:05-CV-701-F

4. Name of judge to whom case was assigned
   Delores R. Boyd

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   ~~████████~~ Still Pending

6. Approximate date of filing lawsuit ~~████~~ Pending

7. Approximate date of disposition ~~████~~

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                              ADDRESS

State D.A  1. Walt Merrill - 100 N. Court Sq Andalusia AL 36420
Sheriff    2. Anthony Clark - 215 6th Av Andalusia AL 36420
State Judge 3. Ashley McKathan - 1 K North Court Sq Andalusia AL 36420
State Judge 4. Charles A Short - 1 K North Court Sq Andalusia, AL 36420
Attorny Gen 5. Troy King - 11 South Union St, Montgomery, AL 36130-0152
Attorny Gen 6. James B. Prude - 11 South Union St, Montgomery, AL 36130-0152

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 14, 2004 And Jan-3-2006 - Plaintiff were tranport to Kilby without been Adjuged guilty of any crime. Support Kidnap.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   (citizen)
Unknew Private Action in Concert
GROUND ONE: Defendant "John Doe" and his supervisory acted as private attorneys in filing criminal complaint which is outside authority or jurisdiction of their office. Caused plaintiff duration of his confinement because of alleged unconstitutionally of state administrative action, knowing acquiescence in intentional deprivation of plaintiff civil rights, plaintiff is injured as result of lost wages income, pain and suffering, mental anguish, and emotional distress, permanent disfigurement, humiliation, embarrassment, and damage to reputation, and suffered profound prejudice to his life, his livelihood and his ability to present an effective defence, he suffered from the restriction on his liberty, and ongoing anxiety, and to be ruined financially

2

ALL DEFENDANTS LOSS THEIR IMMUNITY FROM LIABILITY FOR DAMAGES IN VIOLATION OF 42 USCS 1983.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)** UNKNOW PRIVATE INDIVIDUAL AND THE Defendant "JOHN DOE" INTENTIONAL Acted As PRIVATE ATTORNEY IN Filing CRIMINAL COMPLAINT WHICH is outside Authority or Jurisdiction of His office. Defendant "JOHN DOE" CAUSE Plaintiff ARRESTED ON JULY 14, 2004 AND Held WITHOUT BAIL. THE ARREST WAS UNLAWFULLY, IN CRIMINAL CHARGES THEY HAD EXPIRED THE TIME LIMITS BECAUSE OF DELAY CAUSE by THE STATE AND

**GROUND TWO:** THE STATE HAS FAIL to dismiss the INDICTMENT, WHICH SANCTION HAS OCCURS. ALL BEFORE JULY 2004 OF DEFENDANTS Acted Jointly (3)

**SUPPORTING FACTS:** of them is STATE OFFICIALS (2) Attorney GENERAL AND (1) District Attorney, AND TWO STATE Judges, IN Concert AND THAT SOME OVERT ACT WAS DONE IN FURTHERANCE of CONSPIRACY. THE PURPOSE of CONSPIRACY WAS TO DEPRIVE Plaintiff of EQUAL Protection, EQUAL PRIVILEGES AND IMMUNITIES. AND HAS INJURY Plaintiff PERSON AND PREVENTED Him FROM EXERCISING Right of UNITED STATES CITIZEN, Plaintiff HAS BEEN INCARCERATION

**GROUND THREE:** 20 MONTHS AND 13 day still Counting At Covington County JAIL WITHOUT BAIL He HAS BEEN AWAY FROM His Family To Long.

**SUPPORTING FACTS:** The Attorney GENERAL AS Defendants KNEW of THE UNCONSTITUTIONAL Actions, Judges KNEW UNCONSTITUTIONAL Actions, SHERIFF KNEW of UNCONSTITUTIONAL Actions THAT Plaintiff is HELD UNLAWFULLY IN COUNTY JAIL. IN CRIMINAL CASES CC-187-418-419. ONE OF THE Judge DISQUALIFIED HIMSELF FROM CASES, CAUSE of bad Faith, And Violated of Sanctions For Excessive delays, And because of Act of "JOHN DOE" Plaintiff is still BEEN HELD UNLAWFULLY DEPRIVATION OF LIFE AND LIBERTY WITHOUT DUE PROCESS OF LAW. THESE Defendants Acted Jointly Because Fail to Report Sanctions Violation of "JOHN DOE" To Anyone IN JUSTICE DEPARTMENT OR TO STATE AND LOCAL OFFICIALS AND FAILED To deter Conspirators or To TAKE ANY other STEPS to PREVENT THEIR Action, where ANY OFFICIALS ACT IN Complicity WITH STATE defendant To deprive PERSON of Constitutional Rights is Liable IN DAMAGES UNDER 42 USCS 1983. THE Defen Judges Acted IN CLEAR ABSENCE OF ALL JURISDICTION OVER MATTER OF SUBJECT, AND Attorney GENERAL AS Defendants, HAS FULL Authority to Correct Conditions, AND Aware of Plaintiff UNIQUE SITUATION HAS NOT YET did Anything About it, Because THEY PARTICIPATED. Defendants Acted WITH SUCH impermissible Motivation, AND Deliberate INDIFFERENCE AND CLEARLY ESTABLISHED STATUTORY AND Constitutionally Rights OF WHICH REASONBLE PERSON WOULD HAVE KNOW ELEMENT of INTENTIONAL PURPOSEFUL discrimination, Defendants Two Judges Acted outside THEIR Judicial CAPACITY to work deprivation of Plaintiff Rights with INTENTIONAL, invidious RACIL discrimination, ALL Defendants Acted Jointly.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PLAINTIFF WANT $1,000 A DAY FROM JULY 14, 2004 UNTIL NOW FOR FALSE IMMPRISONMENT AND KIDNAP. IT SUFFICIENT TO WARRANT ISSUANCE PRELIMINARY OF PUNITIVE DAMAGES 1.5 MILLION DOLLARS, DEFENDANTS HAVE ACTED WILLFULLY AND IN GROSS DISREGARD FOR THE RIGHTS OF PLAINTIFF RIGHTS, SEVERITY OF CONSTITUTIONAL VIOLATION OCCURSED BY THE DEFENDANTS PLAINTIFF DEMAND JUDGEMENT AGAINST THE DEFENDANTS, 20 MONTHS AND 13 DAYS IN A COUNTY JAIL IS EVIL MOTIVE AND INTENT WRONGDOERS, PLAINTIFF DEMAND COMPENSATORY DAMAGES, 1.5 MILLION DOLLARS AND A RELEASE FROM JAIL.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  3-28-06  .
                (Date)


_____
Signature of plaintiff(s)

4