IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-296-MEF |
| | ) |
| ANTHONY CLARK, Sheriff, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 10, 2006 (Doc. #3), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 9th day of May, 2006.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE